IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JAMES LEE MASSEY                                                                      PLAINTIFF

            v.                          Civil No. 12-2106

SCOTT COUNTY SHERIFF'S
DEPARTMENT; ALBERT STOVALL;
ALLEN STOVALL; DEPUTY MARVIN
COFFEY; and DEPUTY JOE HANNA                                          DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

James Lee Massey filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 on May 16, 2012. On July 11, 2012, the undersigned entered an order (Doc. 6) directing Plaintiff to complete, sign and return an attached addendum to his complaint. The addendum was to be returned by July 30, 2012.

On July 20th, the mail sent to the Plaintiff was returned as undeliverable. On July 26, 2012, Court staff obtained Plaintiff's home address from the detention center and a change of address was entered (Doc. 7). On August 8, 2012, the mail sent to this address was returned as undeliverable.

When he filed this case, Plaintiff was advised that he had the obligation to inform the Court of any changes in his address. Plaintiff has failed to provide the Court with a current address and all documents sent to him since July 11th have been returned as undeliverable. I therefore recommend that Plaintiff's claims be dismissed on the grounds he has failed to prosecute this action and comply with the order of the court. *See* Fed. R. Civ. P. 41(b).

**Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely**

-1-

**objections may result in waiver of the right to appeal questions of fact. Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 10th day of August 2012.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)