IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JAMES LEE MASSEY                                                          PLAINTIFF

v.                            Case No. 2:12-CV-02106

SCOTT COUNTY SHERIFF'S DEPARTMENT;
ALBERT STOVALL; ALLEN STOVALL;
DEPUTY SHERIFF MARVIN COFFEY; and
DEPUTY SHERIFF JOE HANNA                           DEFENDANTS

**O R D E R**

     Currently before the Court is the Report and Recommendations (Doc. 8) filed in this case on August 10, 2012, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas. The objection period has passed without objections being filed by either party.

     The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendations, IT IS ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

     IT IS SO ORDERED this 26th day of September, 2012.

                                                         /s/ P. K. Holmes, III
                                                         P.K. HOLMES, III
                                                         CHIEF U.S. DISTRICT JUDGE